UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                        Case No. 18-10118-EPK
                                              Chapter 13
SHAUN MEHAFFEY &
KRYSTLE MEHAFFEY,

             Debtor(s)            /


**EX PARTE MOTION TO APPROVE MORTGAGE MODIFICATION
AGREEMENT WITH HOME POINT FINANCIAL**

The above-referenced Debtor requests the Court enter an Order approving the Mortgage Modification Agreement with Home Point Financial ("Lender") with respect to real property located at   15201 85th Rd N, Loxahatchee, FL 33470   (street address) and states as follows:

1. The Court referred this matter to Mortgage Modification Mediation ("MMM") on  January 5, 2018  (ECF # 15).

2. The final MMM conference was held on  April 6, 2018  .

3. The MMM Mediator filed a Final Report of Mortgage Modification Mediator on or before April 6, 2018, reporting the parties reached an agreement.

4. Attached is a copy of the Agreement entered into between the parties (with all personal identifiers redacted).

5. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

6. Pursuant to the Agreement, the Debtor filed a modified chapter 13 plan on

November 18, 2019 [DE#103] to provide for the payment.

7. All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

8. The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE,** the Debtor requests the Motion to Approve Mortgage Modification Agreement with _ Home Point Financial __("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve Mortgage Modification Agreement with Home Point Financial  _, was served by U.S, first class mail, upon the parties listed below on November 18, 2019.

**OZMENT LAW, PA**

BY:  /s/ Drake Ozment, Esq.
DRAKE OZMENT, Esq.
Florida Bar No.: 844519
Attorney for Debtor
2001 Palm Beach Lakes Blvd, Ste #410
West Palm Beach, FL 33409
Telephone: (561) 689-6789
Fax: (561) 689-6767
drake@drakeozment.com

Copies to:

Home Point Financial Corporation
4849 Greenville Avenue, Suite 800
Dallas, TX 75206

Stonegate Mortage Corp
157 S Main Street
Mansfield, OH 44902

Van Ness Law Firm, PLC
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, FL 33442
bankrupcty@vanlawfl.com


Stonegate Mortgage Corp
C/O Licensing
9190 Priority Way West Dr, #300
Indianapolis, IN 46240