

ORDERED in the Southern District of Florida on November 19, 2019.

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                        Case No. 18-10118-EPK
                                                                              Chapter 13
SHAUN MEHAFFEY &
KRYSTLE MEHAFFEY,

_____Debtor(s)_____/

**ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION**
**AGREEMENT WITH HOME POINT FINANCIAL**

This matter came before the Court:

☒   On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with  _Home Point Financial_  ("Lender").

☐   For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Mortgage Modification Agreement between the Debtor and __Home Point Financial__ ("Lender") regarding real property located at __15201 85th Rd N, Loxahatchee, FL 33470__ (street address) is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Debtor has modified the last filed chapter 13 plan on November 18, 2019 [DE#103] to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Debtor's attorney shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).

MMM-LF-16 (rev. 04/01/15)